IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENE P. WHEATON,

          Plaintiff,               No. CIV S-10-2418 GGH P

    vs.

D. FALLTRICK, et al.,

          Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis.  He seeks relief pursuant to 42 U.S.C. § 1983.  This case is before the undersigned pursuant to plaintiff's consent.  Doc. 4.  Plaintiff's original complaint was dismissed with leave to amend, within 28 days, on November 17, 2010.  Plaintiff simply listed many medical problems that were bothering him, yet he did not provide any details regarding the medical problems or how any individual defendant was allegedly responsible for a constitutional violation.  Plaintiff was given two additional extensions and was ordered to file an amended complaint by February 28, 2011.  Plaintiff was warned that no additional extensions would be provided.  Plaintiff did not file an amended complaint but rather on March 16, 2011, filed a motion to stay this case.  Plaintiff alleged that defendants were withholding discovery that was required to file an amended complaint and that the case should be stayed while he finds this information.

        Plaintiff does not need discovery to file an amended complaint discussing how

defendants allegedly provided him with unconstitutional medical care.  Plaintiff was instructed in the screening order what information to provide.  Plaintiff's motion for a stay is denied and this case is dismissed as plaintiff has failed to file an amended complaint in the four months since the undersigned's screening order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to stay (Doc. 14) is denied; and

2.  This case is dismissed.

DATED: March 28, 2011

/s/ Gregory G. Hollows

_____

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH: AB/
whea2418.dis